UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY STANLEY | CIVIL ACTION |
| VERSUS | NO. 16-13753<br>c/w 17-1926 |
| STARFLEET MARINE<br>TRANSPORTATION, INC. ET AL | SECTION "J"(2) |

J U D G M E N T

Considering the court's Findings of Fact and Conclusions of Law dated August 24, 2018, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Starfleet Marine Transportation, Inc., M/V MS. LINDA LEE, and against plaintiffs, Roy Stanley, and Mitchell Mouton.

New Orleans, Louisiana, this 4th day of September, 2018.

UNITED STATES DISTRICT JUDGE